ORDER
 

 | ¶ Considering the Petition for Interim Suspension for Threat of Harm filed by the Office of Disciplinary Counsel,
 

 IT IS ORDERED that respondent, Marti Grosjean-Pearson, Louisiana Bar Roll number 29586, be and she hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.2, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.
 

 IT IS FURTHER ORDERED that the Office of Disciplinary Counsel may seek the appointment of a trustee(s) to protect the interests of respondent’s clients pursuant to the provisions of Supreme Court Rule XIX, § 27, if appropriate.
 

 FOR THE COURT:
 

 /s/ Bernette J. Johnson
 

 /s/ Justice, Supreme Court of Louisiana